IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATHY'S BAIL BONDS, INC.                                PLAINTIFF

v.                       No. 4:16-cv-251-DPM

PETER ALANDT                                            DEFENDANT

## ORDER

There has been no action in this case since the plaintiff's last status report was filed several months ago. № 11. And nobody filed the requested status report for August. № 13 & № 14. The Court therefore lifts the stay and will dismiss the case without prejudice. № 14.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 October 2017