# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KATHY'S BAIL BONDS, INC.                                                PLAINTIFF

v.                              No. 4:16-cv-251-DPM

PETER ALANDT                                                           DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

10 October 2017