# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KATHY'S BAIL BONDS, INC.                                   PLAINTIFF

v.                    No. 4:16-cv-251-DPM

PETER ALANDT                                               DEFENDANT

## ORDER

The Court entered an order and Judgment, № 16 & 17, dismissing this case without prejudice. Defendant's motion to dismiss, № 18, is therefore denied without prejudice as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 October 2017